

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2018

No. 04-17-00316-CV

**LAREDO JET CENTER, LLC,**
Appellant

v.

**CITY OF LAREDO,**
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2016CVF003042D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

Appellant's unopposed motion for extension of time to file the motion for rehearing is granted. We order the appellant's motion for rehearing, if any, due by August 31, 2018.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court